IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIPPING and TRANSIT, LLC,

       Plaintiff,

vs.                                   **Case No. 15-CV-80881**

BUD K WORLD WIDE, INC.,

       Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Shipping and Transit, LLC and Defendant, Bud K World Wide, Inc., together with its parent, subsidiaries and affiliates, hereby stipulate and agree that all claims, defenses and counterclaims asserted, sought to be asserted, or that could have been asserted in this lawsuit as between Plaintiffs (or either one of them), on the one hand, and Defendant, together with its parent, subsidiaries and affiliates, on the other hand, are dismissed with prejudice.  The parties waive all rights of appeal, and each party shall bear its own attorneys' fees and costs.

Dated:  July 28, 2015

s/Jason P. Dollard[1]
JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiffs

---

[1] I, Jason P. Dollard, Esquire, hereby confirm I have the express permission from Doug Bargeron VP of Operations for Defendant, Bud K World Wide, Inc., who did not have a Notice of Appearance filed by counsel, to file this Stipulated Dismissal of Claims.

## CERTIFICATE OF SERVICE

  I hereby certify that on July 28, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

**Bud K World Wide, Inc.**
**C/O Doug Bargeron- VP Operations**
475 HWY 319 South
Moultrie, GA 31768
(229) 985-1667-Telephone
Email: dbargeron@budk.com
*VP Operation for Defendant Bud K World Wide, Inc.*